UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD ISSOKSON, AS DULY APPOINTED PERSONAL REPRESENTATIVE OF THE ESTATE OF PEARL ISSOKSON, DECEASED, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>INSURANCE COMPANY OF NORTH AMERICA, LIFE INSURANCE COMPANY OF NORTH AMERICA, TOWERS ADMINISTRATORS, INC.,<br><br>Defendants. | C.A. No. 3:18-cv-30070-MGM-KAR<br><br>Judge Mark G. Mastroianni |

### DEFENDANTS' MOTION TO ENFORCE SETTLEMENT

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendants Insurance Company of North America ("INA"), Life Insurance Company of North America ("LINA"), and Towers Administrators, Inc. ("Towers") (together, "Defendants") hereby move for an order enforcing the agreement to settle the class action claims asserted in this lawsuit entered into by and between Plaintiff and the Defendants (together, the "Parties"). In support of this motion, the Defendants rely upon the memorandum of law and Declaration of Dawn Williams and exhibits thereto, each of which is submitted contemporaneously herewith and filed under seal pursuant to this Court's Order dated October 28, 2025 (Dkt. No. 186).

Enforcement of the settlement agreed upon by the parties is appropriate because the parties agreed upon all of the material and essential terms of such an agreement with the intention to be bound. The parties never discussed or agreed that any of the terms would be conditional on any subsequent event.

For these reasons, and as set forth more fully in Defendants' memorandum of law, this Court should enter an order finding the agreement between the parties to settle the class claims asserted in this action to be enforceable.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), the Defendants hereby request oral argument.

## CERTIFICATE OF COMPLIANCE LR 7.1

This is to certify that counsel for the parties have met and conferred with regard to defendants' Motion to Enforce Settlement in compliance with Local Rule 7.1(A)(2).

Respectfully Submitted,

Dated: October 31, 2025

*/s/ Dawn B. Williams*
Dawn B. Williams
Faegre Drinker Biddle & Reath, LLP
1500 K St. NW, Suite 1100
Washington, D.C. 20005
Phone: 202-842-8800
Fax: 202-842-8465
Email: dawn.williams@faegredrinker.com

John Moore
Faegre Drinker Biddle & Reath, LLP
1 Logan Square # 2000
Philadelphia, PA 19103
Phone: 215-988-2750
Fax: 215-988-2757
Email: john.moore@faegredrinker.com

Katherine R. Parsons
Parsons Law, LLC
446 Main Street, Ste. 1503
Worcester, MA 01608
Telephone: (508) 595-4202
Email: kate@parsonslawllc.com

*Counsel for Defendants, Insurance Company of North America, Life Insurance Company of North America and Towers Administrators, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2025, **Defendants' Motion to Enforce Settlement** was filed electronically, which automatically provides service to all counsel of record. I also hereby certify that on October 31, 2025, copies of Defendants' **Memorandum of Law in Support, Declarations, and Exhibits** were filed conventionally under seal and served by mail and electronic mail on all parties of record. Parties may access the Motion to Enforce Settlement through the Court's CM/ECF System.

                                                                                  */s/ Dawn B. Williams*
                                                                                  Dawn B. Williams